No. 72–739.   BOARD OF EDUCATION OF THE LITTLE ROCK SCHOOL DISTRICT ET AL. *v.* CLARK ET AL.   C. A. 8th Cir. Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 72–5348.   COOLEY *v.* STRICKLAND TRANSPORTATION Co. ET AL.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari and reverse the judgment.

No. 71–1664.   ESSEX, SUPERINTENDENT OF PUBLIC INSTRUCTION, ET AL. *v.* WOLMAN ET AL., 409 U. S. 808. Motion for leave to file petition for rehearing denied.

No. 72–146.   HUNTER, DBA COURIER *v.* UNITED STATES, 409 U. S. 934.   Motion for leave to file petition for rehearing denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE BLACKMUN would grant the motion.